NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSE VIRGILIO SANCHEZ ALVAREZ,    )
                                  )
        Appellant,                )
                                  )
v.                                )        Case No. 2D18-4633
                                  )
STATE OF FLORIDA,                 )
                                  )
        Appellee.                 )
_____    )

Opinion filed October 11, 2019.

Appeal from the Circuit Court for Collier
County; Frederick R. Hardt, Judge.

Ryan Thomas Truskoski of Ryan Thomas
Truskoski, P.A., Orlando, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Michael Schaub,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

                Affirmed.

NORTHCUTT, SILBERMAN, and LaROSE, JJ., Concur.